UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SHIRLEY CLARKE, JAMES GOURDET,
and DESMOND LEWIN, on behalf of
themselves and others similarly situated,

                              Plaintiffs,

          - against -

CITY OF NEW YORK,

                              Defendant.

----------------------------------------------------------------X

06 Civ. 11397 (GEL)


CONSENT TO BECOME
A PLAINTIFF


        I am employed by the New York City Department of Health and Mental Hygiene, or I was employed by the New York City Department of Health and Mental Hygiene for some period of time since October 26, 2003, as a Public Health Sanitarian.

        I hereby consent to become a party plaintiff in the above-captioned action.


Dated: 3/20/07

_____New York_____ , New York

_____
Signature

Fitz Reid
Print Name

105-10  133 Street
Queens  NY  11419
Address