UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHIRLEY CLARKE, JAMES GOURDET, DAWN
BRANCH, CHARLTON SMITH, and FAROOQ FAIZI,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/08

06 CIVIL 11397(GEL)

**JUDGMENT**

      The issues in the above-entitled action having been brought on for trial before the Honorable Gerard E. Lynch, United States District Judge, and a jury on November 17, 2008, and at the conclusion of the trial on December 2, 2008, the jury having returned a verdict in favor of the defendants, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
              December 4, 2008

SO ORDERED

_____
      USDJ

J. MICHAEL McMAHON
_____
      Clerk of Court

BY: _____
      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____